**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chad Lee Monson,
and 71 Aggregate, Inc.,

Plaintiffs,

v.

J. Richard Stermer &
Stermer & Sellner Chtd.,

Defendants.

---

Court File No. 26-CV-3632-NEB-EMB

**DEFENDANTS' MOTION TO DISMISS**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE Defendants J. Richard Stermer & Stermer & Sellner Chtd. move this Court for an Order as follows:

1. Dismissing this case in its entirety and with prejudice for failure to state a claim upon which relief can be granted.

2. For any other relief as the Court may find just and equitable.

Defendants' Motion is based upon their memorandum of law and supporting declaration and exhibits, to be served and filed in accordance with the Federal Rules of Civil Procedure and Local Rule 7.1, together with all files, records, and proceedings of the case, and the arguments of counsel.

Dated: September 16, 2026

LIND, JENSEN, SULLIVAN & PETERSON
A PROFESSIONAL ASSOCIATION

*/s/ Matthew D. Sloneker*

Matthew D. Sloneker, I.D. No. 338953
Franklin I. Rosenberg, I.D. No. 0400225
Attorneys for Defendants
901 Marquette Avenue, Suite 1900
Minneapolis, MN 55402
612-333-3637
Matt.sloneker@lindjensen.com
Franklin.rosenberg@lindjensen.com