**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Chad Lee Monson,
and 71 Aggregate, Inc.,

Plaintiffs,

v.

J. Richard Stermer &
Stermer & Sellner Chtd.,

Defendants.

Court File No. 26-CV-3632-NEB-EMB

**DECLARATION OF**
**MATTHEW D. SLONEKER**

STATE OF MINNESOTA )
) SS
COUNTY OF HENNEPIN )

Matthew D. Sloneker declares and states as follows:

1. I am an attorney with the law firm of Lind, Jensen, Sullivan & Peterson, P.A., and one of the attorneys representing Defendants in this case. I make this declaration in support of Defendants' motion to dismiss.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Summons and Complaint.

3. Attached as **Exhibit 2** is a true and correct copy of the deposition transcript of J. Richard Stermer referenced on Page Four of the Complaint.

4. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's bankruptcy petition in Case No. 14-42151 ("Bankruptcy Case").

5. Attached as **Exhibit 4** is a true and correct copy of the May 20, 2014 Notice of Bankruptcy for Plaintiff and Appointment of J. Richard Stermer as Trustee in the Bankruptcy Case.

6. Attached as **Exhibit 5** is a true and correct copy of the application and approval of employment for J. Richard Stermer in the Bankruptcy Case.

7. Attached as **Exhibit 6** is a true and correct copy of the Final Account and Application for Discharge in the Bankruptcy Case.

8. Attached as **Exhibit 7** is a true and correct copy of the Application to Reopen the Bankruptcy Case and to Reappoint Trustee in the same.

9. Attached as **Exhibit 8** is a true and correct copy of the Order Approving Appointment of J. Richard Stermer as Trustee in the Bankruptcy Case.

10. Attached as **Exhibit 9** is a true and correct copy of J. Richard Stermer's Withdrawal as Trustee in the Bankruptcy Case.

Signed on this 16th day of September 2026, in Hennepin County, Minnesota.

*/s/Matthew D. Sloneker*